UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RALPH B. NEAL,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE CO., et al.,<br><br>    Defendants. | Case No. 5:20-cv-07127-EJD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Ralph B. Neal ("Plaintiff") originally filed this action on June 17, 2019. *See* Dkt. No. 1. Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, Defendant JPMorgan Chase Bank, N.A. ("Chase") removed the action to the United States District Court for the Northern District of California on October 13, 2020. *Id*. On October 20, 2020, Chase filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) an 12(b)(6), requesting an entry of an order dismissing Plaintiff's Complaint, and all causes of action allege therein. *See* Dkt. No. 11. Chase further moved for a pre-filing order under 28 U.S.C. § 1651(a) requiring Plaintiff to obtain court permission prior to filing any new lawsuit relating to the allegations in the Complaint.

Pursuant to N.D. Cal. Civ. L.R. 7-3(a), Plaintiff's last day to file an opposition to Chase's Motion to Dismiss was November 3, 2020. The docket does not indicate that Plaintiff has filed any opposition to the Motion to Dismiss or a statement of nonopposition pursuant to N.D. Cal. Civ. L.R. 7-3(b).

Accordingly, Plaintiff shall file an opposition to Chase's Motion to Dismiss or response to this Order showing cause why the Court should not dismiss the action for failure to prosecute by **January 21, 2021.**

Case No.: 5:20-cv-07127-EJD
ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

1

**IT IS SO ORDERED.**

Dated: December 21, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-07127-EJD
ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED
2